UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

| | |
|---|---|
| HARVEY HORWITZ, Derivatively on Behalf of TENET HEALTHCARE CORPORATION,<br><br>                   Plaintiff,<br>   v.<br><br>TREVOR FETTER, DANIEL J. CANCELMI, R. SCOTT RAMSEY, EDWARD A. KANGAS, BRENDA J. GAINES, KAREN M. GARRISON, J. ROBERT KERREY, FREDA C. LEWIS-HALL, RICHARD R. PETTINGILL, RONALD A. RITTENMEYER, TAMMY ROMO, JAMES A. UNRUH, BIGGS C. PORTER, JOHN E. BUSH, and J. MCDONALD WILLIAMS,<br><br>                 Defendants,<br>   -and-<br><br>TENET HEALTHCARE CORPORATION, a Nevada corporation,<br><br>               Nominal Defendant. | Case No. 3:17-cv-00195-M<br><br>STIPULATION AND [PROPOSED] ORDER TO TEMPORARILY STAY CASE PENDING ADJUDICATION OF ANTICIPATED MOTION TO DISMISS RELATED SECURITIES ACTION |

WHEREAS, on January 23, 2017, plaintiff Harvey Horwitz ("Plaintiff") filed a shareholder derivative complaint ("Complaint") on behalf of Tenet Healthcare Corporation ("Tenet" or the "Company") alleging breach of fiduciary duty, waste of corporate assets, and unjust enrichment against certain of the Company's officers and directors (collectively with Tenet, the "Defendants") (Plaintiff and Defendants are collectively referred to herein as the "Parties");

WHEREAS, undersigned counsel for Defendants have agreed to accept service for Defendants and waive service of summons;

WHEREAS, two securities fraud class actions captioned *Yamany v. Tenet Healthcare Corporation, et al.*, No. 3:16-cv-024848 ("*Yamany*"), and *Pennington v. Tenet Healthcare Corporation, et al.*, No. 3:16-cv-03260 ("*Pennington*"), were filed in the U.S. District Court for the Northern District of Texas, which assert federal claims arising from facts common to this action;

WHEREAS, on February 10, 2017, *Yamany* and *Pennington* were consolidated into the caption styled *In re Tenet Healthcare Corporation Securities Litigation* (the "Securities Action")[1];

WHEREAS, in the Securities Action, Defendants shall move, answer or otherwise respond to the amended consolidated complaint within sixty (60) days after the amended consolidated complaint is served (approximately June 12, 2017), followed by additional briefing (through approximately August 28, 2017); and

WHEREAS, based on the unique circumstances of the instant action, the parties have reached an agreement to temporarily stay this action pending the final resolution of the anticipated motion to dismiss the Securities Action;

---

[1] *See* Order Consolidating Related Cases, Appointing Lead Plaintiffs, and Approving Lead Plaintiffs' Choice of Lead and Liaison Counsel, *Yamany v. Tenet Healthcare Corporation, et al.*, No. 3:16-cv-024848-C (N.D. Tex. Feb. 10, 2017), ECF No. 23 ("Securities Consolidation Order").

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by Plaintiff and Defendants, through their undersigned counsel of record and subject to the approval of the Court, as follows:

1. This action, including all deadlines and hearings, is hereby temporarily stayed pending entry of an order finally resolving Defendants' anticipated motion to dismiss in the Securities Action;

2. Within thirty (30) days of an order finally resolving Defendants' anticipated motion to dismiss in the Securities Action, the Parties shall meet and confer and submit a proposed schedule to the Court for further proceedings in this action, including the possibility of seeking a further stay;

3. During the course of the stay referred to in paragraph 1, and subject to the execution of appropriate protective orders or confidentiality agreements in both the Securities Action and this action, Defendants agree to promptly provide Plaintiff, through undersigned Counsel at Robbins Arroyo LLP designated as Plaintiff's receiving agent, with copies of all discovery produced by Defendants to the plaintiffs in the Securities Action soon after such discovery is produced to the plaintiffs in the Securities Action by Defendants, including all transcripts of depositions taken in the Securities Action;

4. In the event that a mediation takes place in regards to the Securities Action or any other factually related shareholder action during the course of the stay referred to in paragraph 1, Defendants will provide reasonable advance notice of the mediation;

5. The composition of Tenet's Board of Directors that will be considered in connection with determining whether Plaintiff's Verified Stockholder Derivative Complaint has adequately pled under applicable law that a pre-litigation demand on the Company's Board of Directors would have been futile shall be the composition of the Board of Directors as of January 23, 2017, the date this action was initiated; and

6. By entering into this Stipulation, the Parties do not waive any rights or defenses not specifically addressed herein, including the right to file any motion that any Party deems appropriate, including a motion to lift the stay.

Dated: March 29, 2017                    THE LAW OFFICE OF BALON B.
                                                                BRADLEY

                                                         *s/ Balon B. Bradley*
                                                         BALON B. BRADLEY

                                                         5473 Blair Road, Suite 100
                                                         Dallas, TX 75231
                                                         Telephone: (972) 991-1582
                                                         Facsimile: (972) 755-0424
                                                         E-mail: balon@bbradleylaw.com

                                                         ROBBINS ARROYO LLP
                                                         BRIAN J. ROBBINS
                                                         KEVIN A. SEELY (*admitted pro hac vice*)
                                                         GINA STASSI (*admitted pro hac vice*)
                                                         LEONID KANDINOV
                                                         600 B Street, Suite 1900
                                                         San Diego, CA 92101
                                                         Telephone: (619) 525-3990
                                                         Facsimile: (619) 525-3991
                                                         E-mail: brobbins@robbinsarroyo.com
                                                                     kseely@robbinsarroyo.com
                                                                     gstassi@robbinsarroyo.com
                                                                     lkandinov@robbinsarroyo.com

                                                         Attorneys for Plaintiff

Dated: March 29, 2017                    HAYNES AND BOONE, LLP

                                                         *s/ R. Thaddeus Behrens*
                                                         R. Thaddeus Behrens

                                                         State Bar No. 24029440
                                                         thad.behrens@haynesboone.com
                                                         Daniel H. Gold

State Bar No. 24053230
daniel.gold@haynesboone.com
Nicole Somerville
State Bar No. 24068637
nicole.somerville@haynesboone.com
Matthew A. McGee
matt.mcgee@haynesboone.com
State Bar No. 24062527

2323 Victory Avenue, Suite 700
Dallas, TX 75219-7672
Telephone: (214) 651-5000
Fax: (214) 651-5940

WILLIAMS & CONNOLLY LLP

Robert A. Van Kirk (admission forthcoming)
rvankirk@wc.com
George A. Borden (admission forthcoming)
gborden@wc.com
John S. Williams (admission forthcoming)
jwilliams@wc.com
Catherine Wagner (admission forthcoming)
cwagner@wc.com
Surya Kundu (admission forthcoming)
skundu@wc.com

725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

*Counsel for Defendants Trevor Fetter, Daniel J. Cancelmi, R. Scott Ramsey, Edward A. Kangas, Brenda J. Gaines, Karen M. Garrison, J. Robert Kerrey, Freda C. Lewis-Hall, Richard R. Pettingill, Ronald A. Rittenmeyer, Tammy Romo, James A. Unruh, Biggs C. Porter, John E. Bush, J. Mcdonald Williams, and Nominal Defendant Tenet Healthcare Corporation*

- 5 -

## [PROPOSED] ORDER

## PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated this \_\_\_\_ day of _____, 2017.    _____
                                                                                Chief Judge Barbara M.G. Lynn

- 6 -

## CERTIFICATE OF SERVICE

      I hereby certify that on March 29, 2017, I electronically filed the foregoing with the clerk of Court using the CM/ECF system, which will send a notification to all counsel of record in this Action.

      *s/ Balon B. Bradley*
      Balon B. Bradley

1152261